# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Megan Natae Bachman,<br><br>Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:21-cv-02089-SVW-PVC<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SIX THOUSAND FIVE HUNDRED DOLLARS and 00/100 ($6,500.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: May 17, 2023

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE